3:18mj°237 CJK

**AFFIDAVIT**

Your affiant, Adam K. Zeithammel, being duly sworn, deposes and states the following:

1. Your affiant is a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to the Pensacola Field Office, and has served in that capacity since May 2015. Your affiant is a graduate of the Federal Law Enforcement Training Center and the ATF National Academy and, as a result of this training and experience as an ATF Special Agent, is familiar with federal criminal laws pertaining to firearms and controlled substances.

2. Your affiant has participated in investigations of individuals who have violated state and federal laws, particularly those laws found in Titles 18 and 21 of the United States Code. Your affiant has participated in the execution of search warrants wherein firearms, ammunition, large amounts of narcotics, currency, tools, paraphernalia, and records of firearms and narcotics trafficking have been recovered. Your affiant has conducted and participated in the arrests of firearms and narcotics law violators. Your affiant has had conversations with other experienced agents regarding firearms and narcotics trafficking activities and the many different enforcement methods used to combat firearms and narcotics trafficking.

3. This affidavit is made in support of applications for search warrants to obtain buccal saliva samples from Jerry Kenneth Taber (hereinafter "TABER") and Elizabeth Ashley White (hereinafter "WHITE"), specifically to obtain known DNA exemplars from TABER and WHITE. TABER is described as a male individual with a date of birth of February 7, 1984, and a social security number of XXX-XX-0458. WHITE is described as a female individual with a date of birth of February 11, 1989, and a social security number of XXX-XX-3472. The warrants are being sought in connection with an ATF investigation into the offense of possession of a firearm

by a convicted felon in violation of Title 18, United States Code, Section 922(g)(1). The following is based on your affiant's own investigation or was provided to your affiant by other law enforcement officers. Since this affidavit is for a limited purpose, your affiant has not included every fact known about this investigation, but rather, only those facts necessary to establish probable cause for the requested search warrants.

## INVESTIGATION

4. Your affiant is conducting an investigation into TABER and WHITE and their possession of a firearm on or about June 21, 2018.

5. On or about July 9, 2003, TABER was convicted in the State of North Carolina of Breaking and/or Entering. On or about February 16, 2007, TABER was convicted in United States District Court for the Northern District of Florida of the following offenses: Theft of Firearms from a Federally Licensed Dealer; Possession of Firearms by a Convicted Felon; Possession of Stolen Firearms; and Possession of Firearms with an Obliterated or Removed Manufacturer's Serial Number. On or about June 13, 2007, TABER was convicted in the State of Florida of Armed Burglary of a Dwelling Structure or Conveyance. For each of the aforementioned crimes, TABER was subject to punishment by a term of imprisonment exceeding one year.

6. On or about July 16, 2013, WHITE was convicted in the State of Florida of Aggravated Assault with a Deadly Weapon without Intent to Kill. On or about November 30, 2017, WHITE was convicted in the State of Florida of the following offenses: Grand Theft Auto; Burglary of an Unoccupied Conveyance; Grand Theft of a Firearm; and Fraud - Illegal Use of Credit Card. For each of the aforementioned crimes, WHITE was subject to punishment by a term of imprisonment exceeding one year.

7.     On or about June 21, 2018, at approximately 5:00 p.m., the Escambia County Sheriff's Office (ECSO) received several 911 calls regarding a possible disturbance with shots fired at 1980 Handy Road, Cantonment, Florida. The callers advised that several people were outside yelling, and at least one of the callers heard what they described as a gunshot. At approximately 5:10 p.m., a 911 caller from a neighboring residence reported seeing a maroon pickup truck depart 1980 Handy Road and head north on Handy Road.

8.     Several minutes later, an ECSO deputy conducted a traffic stop on a maroon 2002 Chevrolet pickup truck, bearing Texas license plate KDZ0642, at the intersection McKenzie Road and Ezell Lane, which is approximately one mile from 1980 Handy Road. The vehicle was being operated by TABER, with WHITE seated in the front passenger seat. An ECSO K-9 officer arrived thereafter and utilized his trained K-9 to conduct a free-air sniff of TABER's maroon Chevrolet pickup truck. Upon the K-9 altering the presence of the odor of narcotics inside TABER's vehicle, ECSO deputies searched the vehicle and located, among other things, a Taurus .38 caliber revolver, serial number ER89860. This firearm was located on the driver's side near the forward end of the center console; it was loaded with four rounds of .38 caliber ammunition and one expended .38 caliber shell casing.

9.     Witness interviews conducted by ECSO deputies on or about June 21, 2018, reveal the initial disturbance occurred at 1980 Handy Road, and involved TABER, WHITE, Ashley Carter, and Conner Scherffius. In summary, Carter, who was TABER's ex-girlfriend, arrived at the residence with her friend, Scherffius, to retrieve her belongings. An argument occurred between the individuals, and Carter and Scherffius reported seeing WHITE possess a handgun. Additionally, Scherffius stated he was pistol-whipped by WHITE and later heard a gunshot.

3

10. An ATF trace of the subject .38 caliber Taurus revolver revealed it was originally purchased in 2012 by Opie Combs. On or about July 3, 2018, ATF Special Agent (SA) Allen Davis conducted a telephonic interview of Combs, who stated that the firearm was stolen within the last six months from his father's residence in Pensacola, Florida. Combs further stated that another family member, Hayden Harmon, had been residing at his parents' residence. On or about July 6, 2018, SA Davis interviewed Harmon who stated that the subject .38 caliber Taurus revolver was taken from his grandparents' residence by a large white male he knew as "Red." SA Davis displayed a photograph of TABER to Harmon, who Harmon positively identified as "Red."

11. On or about July 13, 2018, SA Davis and your affiant interviewed Jason Mysak at his residence located at 1980 Handy Road. Mysak stated that TABER rented a room inside his residence for approximately two or three months prior to the subject incident, which occurred on or about June 21, 2018. Mysak stated that he frequently observed TABER possess a small handgun, which Mysak described as a "thirty eight." Mysak further stated that TABER typically took the firearm with him when he left the residence, usually tucked into the back of his pants or in a back pocket.

12. On or about July 2, 2018, SA Davis took custody of evidence from ECSO including the subject .38 caliber Taurus revolver and a DNA swab of this firearm collected by ECSO. ATF SA Kimberly Suhi submitted the known DNA swab of the Taurus revolver to DNA Labs International in Deerfield Beach, Florida.

13. On or about September 18, 2018, your affiant received a lab report from DNA Labs International. The report contains the following conclusion regarding the swab of the Taurus .38 caliber revolver: "The DNA profile obtained from the swabs indicates a mixture of at least three individuals with at least one male contributor. A partial DNA profile for one of the contributors to

4

the mixture was determined (Contributor #1) when a proposition of three overall contributors was considered and is suitable for comparison. The DNA profiles of the remaining contributors to the mixture were not determined; however, the results are suitable for comparison." As such, comparable DNA has been located on the subject firearm.

14. Based upon the aforementioned facts, your affiant believes that evidence contained within buccal saliva samples taken from TABER and WHITE will provide DNA material suitable for comparison to the profiles described above in paragraph 13.

15. The buccal saliva samples will be taken by your affiant or another ATF special agent acting as my designee. Your affiant or my designee will use a "Sterile Cotton Tipped Applicator," the tip of which will be placed in the subject's mouth and run along the gum line and under the tongue to collect as much saliva as necessary. The procedure is minimally invasive and does not harm or cause pain to the individual from whom the sample is taken.

## **CONCLUSION**

16. Based upon all the information outlined in this affidavit, your affiant respectfully submits that TABER and WHITE were involved in the following offense against the United States: possession of a firearm by a convicted felon in violation of Title 18, United States Code, Section 922(g)(1). Your affiant also respectfully submits there is probable cause to search the person of TABER and WHITE, more specifically described in Attachment A, in order to seize from him/her evidence, more specifically described Attachment B.

Adam K. Zeithammel
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me this ___20___ day of September, 2018.

Charles J. Kahn, Jr.
United States Magistrate Judge